UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| COMELLA BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:19-CV-1928-B-BH |
| ) | |
| DFW GATEWAY OAKS ) | |
| APARTMENTS LLC, et al., ) | |
| ) | |
| Defendants. ) | Referred to U.S. Magistrate Judge[1] |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Plaintiff's Emergency Motion to Stay Any Further Eviction Activity*, filed March 20, 2020 (doc. 42), is **DENIED**.

SIGNED this 22nd day of April, 2020.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

---

[1] By *Special Order No. 3-251*, this pro se case has been automatically referred for judicial screening.