UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| COMELLA BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:19-CV-1928-B |
| | § | |
| DALLAS HOUSING AUTHORITY, | § | |
| | § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The *Defendants' Motion for Summary Judgment*, filed April 3, 2020 (doc. 48), is **GRANTED**. By separate judgment, all of the plaintiff's claims against DFW Gateway Oaks Apartments, LLC, Valiant Enterprises, LLC, Amanda Morris, and Kally Bowman will be **DISMISSED with prejudice.**

**SIGNED** this 18th day of February, 2021.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE